# MEMORANDUM ENDORSED

**LITCHFIELD CAVO LLP**
ATTORNEYS AT LAW

WRITER'S ADDRESS:
420 Lexington Avenue
Suite 2104
New York, NY 10170
D 212-818-0590
F 212-434-0105

**Joseph Dimitrov**
Email: Dimitrov@LitchfieldCavo.com

January 16, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2024
```

**VIA ECF**
Hon. Sarah L. Cave
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    Luigi Girotto v. P. M. Optical LTD, et ano
               Docket No. 1:23-cv-09069-GHW

Dear Judge Cave:

      This office represents Defendant 19 West 44th Street Property Investors IV, LLC (hereinafter "Defendant") in the above-referenced matter. As this Court is aware, the above-referenced matter is presently scheduled for an Initial Conference before Your Honor on February 15, 2024.

      Upon meeting and conferring, counsel for Plaintiff has consented to an adjournment of the conference and we hereby submit a joint request for the adjournment. To wit, on January 2, 2024, Plaintiff filed its Affidavit of Service indicating that co-Defendant, P.M. Optical LTD, was served a copy of the Summons and Complaint on November 14, 2023, with its answer due on December 5, 2023. Moreover, the undersigned served a waiver of service on behalf of Defendant, whereby Defendant's time to file its answer was extended to February 12, 2024.

      Given that co-Defendant has yet to appear in this action, and that Defendant has not filed its answer at this time, the appearing parties herein have discussed and consented to a brief adjournment of the Initial Conference before Your Honor. Accordingly, the parties herein jointly request that the Initial Conference be adjourned to a date convenient for the Court for a period of thirty (30) days.

      We appreciate the Court's attention to this matter.

Respectfully Submitted,

*Joseph Dimitrov*

Joseph Dimitrov

cc:    All Counsel (via CEF)

---

Application granted. The conference scheduled for February 15, 2024 is adjourned to March 14, 2024 at 3:00 p.m. The joint letter and case management plan described in the Court's October 17, 2023 order is due by March 7, 2024. Dkt. No. 7. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.

Dated: January 16, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge